Submitted on remand from the Oregon Supreme Court March 4, sentences vacated; remanded for resentencing; otherwise affirmed March 30, 2005

STATE OF OREGON,
*Respondent,*

*v.*

GERALD DEAN ANDERSON,
*Appellant.*

000937317; A114403

109 P3d 389

James N. Varner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Dilts*, 337 Or 645, 103 P3d 95 (2004).